*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
DALY, GROSS, and de GROOT
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Jair MARTINEZ**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202500412**

————————————

Decided: 31 March 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Eric A. Catto

Sentence adjudged 2 July 2025 by a special court-martial tried at Marine Corps Base Kaneohe Bay, Hawaii, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, total forfeiture of all pay and allowances, confinement for 30 months, and a dishonorable discharge.

For Appellant:
*Captain Colin P. Norton, USMC*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings are correct in law, the sentence is correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

———————————————

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.